## 62518. DUMAS v. FARMERS & MERCHANTS BANK.

DEEN, Presiding Judge.

The above styled case is affirmed without opinion in accordance with Rule 36 of this court.

*Banke and Carley, JJ., concur.*

DECIDED OCTOBER 2, 1981.

*J. A. Nolan,* for appellant.
*Donald W. Huskins,* for appellee.